## Deacon, Appellant, v. Hendricks.

*Practice—Municipal Court of Philadelphia County—Effect of general finding.*

Where a case is tried by the Municipal Court of Philadelphia County without a jury, and the plaintiff's case depends upon oral testimony, and no requests are presented for findings of fact or conclusions of law, a general finding for the defendant, if it is responsive to the issue presented by the pleadings, has the force of the general verdict of a jury.

Argued Nov. 2, 1916.  Appeal, No. 369, Oct. T., 1915, by plaintiff, from judgment of Municipal Court, Philadelphia Co., May T., 1915, No. 423, for defendant on trial by the court without a jury in case of John R. Deacon v. Edith S. Hendricks.  Before ORLADY, P. J., PORTER,

36, (1917).]    Assignment of Error—Opinion of the Court.
HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS,
JJ.  Affirmed.

Assumpsit on a promissory note.  Before BONNI-
WELL, J.

*Error assigned* was the judgment of the court in favor
of the defendant for $496.80.

*John Mahn Thissell,* with him *J. Quincy Hunsicker,*
for appellant.

*Leon H. Folz,* with him *Stanley Folz,* for appellee.

PER CURIAM, March 13, 1917:
On the trial in the court below, which was had without
a jury, there were no requests for any finding of fact,
and the record does not disclose an exception to the rul-
ing of the court, either to the admission or exclusion of
evidence.  The finding is, the conclusion of the trial
judge, based on the testimony presented, and we follow
the rule laid down in Herring v. Weinroth, 61 Pa. Su-
perior Ct. 529, and in Peoples v. Philadelphia, 62 Pa.
Superior Ct. 553, in which we held, "If the assignments
of error are not based on anything brought into the
record by bill of exception, the only question legitimately
raised by them is whether the judgment was regular and
responsive to the issue presented by the pleadings.
The general finding was responsive to the issue pre-
sented by the pleadings, and as the issue was one of
fact depending for its determination on oral testimony,
the finding as perfectly supported the judgment entered
thereon, as would the general verdict of a jury upon the
same issue.......Where an issue of fact depends on oral
testimony it is the province of the jury, if the case be
tried before a jury, or of the court, if the case be tried by
the court without a jury, to decide."
After a careful consideration we accept the conclusion
reached by the trial judge, and the judgment is affirmed.